GOLDSMITH & HULL     #67526
Attorney At Law
Carl N. Marschall
Attorney Bar #71823
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

**FILED**
CLERK, U.S. DISTRICT COURT
DEC - 8 2000
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
DEC - 8 2000
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )     **CASE NO.** A00-06576
                                )
                Plaintiff,      )     **DEFAULT JUDGMENT**
        v.                      )
PATRICK K. MORRIS AKA PATRICK)
KEVIN MORRIS                    )
                                )
                Defendant,      )
_____)

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from PATRICK K. MORRIS AKA PATRICK KEVIN MORRIS the sum of $2,349.72 as principal, $2,337.49 as accrued pre-judgment interest, $10.00 for penalties/administrative charges, and $170.00 for court cost, plus $434.97 attorney fees, less credits of $0.00 for a total amount of $5,302.18 plus interest from October 30, 2000, at the rate of $.77 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: **DEC 08 2000**

**SHERRI R. CARTER, CLERK COURT**
U.S. District Court Central
District of California

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

BY:_____
        DEPUTY CLERK

