```
1  GOLDSMITH & HULL/Our File #:567626
   A Professional Corporation
2  Scott M. Gitlen    SBN 94596
   16000 VENTURA BLVD. #900
3  ENCINO, CA  91436
   Tele: (818) 990-6600
4  Fax : 818-990-6140

5  ATTORNEYS FOR PLAINTIFF
```

FILED
2005 JUN 22 PM 2:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURT NO. 00-06576 |
| ) | |
| Plaintiff, ) | SATISFACTION OF JUDGMENT |
| ) | |
| VS. ) | |
| ) | |
| PATRICK K. MORRIS AKA ) | |
| PATRICK KEVIN MORRIS ) | |
| ) | |
| Defendant, ) | |

DOCKETED ON CM
JUN 29 2005
BY ____ 003

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on December 8, 2000, in favor of the United States of America, and against PATRICK K. MORRIS AKA PATRICK KEVIN MORRIS and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: June 15, 2005              GOLDSMITH & HULL, A P.C.

                                  Scott M. Gitlen
                                  ATTORNEY FOR PLAINTIFF

//

:P599A